UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-4523
_____


UNITED STATES OF AMERICA
v.
CRAIG A. GRIMES,
                                    Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 12-cr-00019)
District Judge: Honorable Yvette Kane
_____

Argued November 13, 2013

Before: HARDIMAN, SHWARTZ, and SCIRICA Circuit Judges.
_____

ORDER AMENDING OPINION
_____

At the direction of the Court, it is hereby ORDERED that the Section IV of the opinion is amended as follows:

In sum, we hold that Craig Grimes knowingly and voluntarily waived his right to appeal his sentence. His valid appellate waiver is unaffected by the waiver of his right to collaterally attack his sentence, and to enforce his appellate waiver would not work a miscarriage of justice. Accordingly, we will enforce the waiver and affirm the judgment of the District Court.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: January 7, 2014
tmm/cc: all counsel of record